IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) MISC NO. 2:06mc3312-WKW ) |
| WILLIAM R. BURNETTE, | ) ) |
| Defendant. | ) |

### AFFIDAVIT

I, R. Randolph Neeley, having been first duly sworn, depose and say as follows:

1. I am an Assistant United States Attorney and represent the United States of America, Plaintiff, herein.

2. Judgment was entered on July 10, 1991 for Plaintiff and against Defendant for the sum of $36,011.00 and costs.

3. Defendant, WILLIAM R. BURNETTE, resides at 6778 Grier Road, Wetumpka, Alabama, within the jurisdiction of this Court.

4. The Judgment has not been satisfied, vacated, reversed, or barred by the Statute of Limitations, and is one on which execution may properly issue.

5. The balance due on the Judgment as of May 8, 2006, is $34,387.50.

                        LEURA G. CANARY
                        United States Attorney

By: _____
                        R. RANDOLPH NEELEY
                        Assistant United States Attorney
                        Bar Number: 9083-E56R
                        Attorney for Plaintiff
                        Post Office Box 197
                        Montgomery, AL  36101-0197
                        Telephone No.: (334) 223-7280
                        Facsimile No.: (334) 223-7201
                        E-mail:  rand.neeley@usdoj.gov


Sworn to and subscribed before me this _9th_ day of _May_, 2006.

_____
NOTARY PUBLIC